# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134113

MICHAEL SCHILS,
          Plaintiff-Appellant,

v

WASHTENAW COMMUNITY HEALTH
ORGANIZATION,
          Defendant-Appellee.

_____/

SC: 134113
COA: 274664
Washtenaw CC: 06-000262-CZ

On order of the Court, the application for leave to appeal the February 15, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

Clerk

d0917